

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE MATTER OF I. K. AND E. K., CHILDREN, | § | No. 08-22-00055-CV |
| | § | Appeal from the |
| Appellant. | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2019DCM7783) |
| | § | |

**O R D E R**

The Court has this day considered the Honorable Guadalupe Rivera's request for extension of time to conduct the hearing and concludes the motion should be GRANTED.

Therefore, the trial court has until June 24, 2022 to hold the hearing pursuant to this Court's order of May 19, 2022. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's orders and/or findings on or before July 5, 2022. Further, the transcription of the hearing, if any, shall be prepared, certified and filed with this Court on or before July 5, 2022.

IT IS SO ORDERED this 25th day of May, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.